# PIERCE BAINBRIDGE

David L. Hecht
Partner
277 Park Ave. 45th Floor
New York, NY 10172
dhecht@piercebainbridge.com

**VIA ECF**

December 12, 2019

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

RE: *Solid 21, Inc. v. Franck Muller USA, Inc. et al.*, No. 1:19-cv-09224-JMF
Request for Adjournment of December 18, 2019 Initial Pretrial Conference

Dear Judge Furman,

    We represent Plaintiff Solid 21, Inc. ("Solid 21") and write to request an adjournment of the December 18, 2019 Initial Pretrial Conference as set forth in this Court's October 7, 2019 Order (Dkt. No. 14). At this time, no defendant has made an appearance. The complaint was filed on October 4, 2019. Since then, counsel for Plaintiff has been in communications with counsel for at least one defendant on the issue of accepting service, though that has not been finalized. We respectfully request adjourning this conference until such time as at least one defendant has appeared in this case. This is the first such request by Plaintiff.

The conference currently scheduled for December 18, 2019 is ADJOURNED to February 5, 2020 at 3:15 p.m. The Clerk of Court is directed to terminate ECF No. 15. SO ORDERED.

*[signature]*

December 13, 2019

Sincerely,

*/s/ David L. Hecht*
David L. Hecht
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
277 Park Avenue, 45th Floor
New York, NY 10172
Tel: (212) 484-9866
Email: dhecht@piercebainbridge.com
*Counsel for Plaintiff Solid 21, Inc*